# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1205

_____

| | | |
|---|---|---|
| Roger Day, M.D., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| United States of America, | * | |
| | * | |
| Intervenor, | * | |
| | * | |
| v. | * | |
| | * | |
| State of Minnesota; Minnesota Board | * | Appeal from the United States |
| of Medical Practice; Steven J. | * | District Court for the |
| Altchuler, M.D., PH.D.; Alfred V. | * | District of Minnesota. |
| Anderson, M.D., D.C.; Hilda | * | |
| Bettermann; Kelli Johnson; Jerry | * | [UNPUBLISHED] |
| Kaplan; Ernest W. Lampe, II, M.D.; | * | |
| Allen Rasmussen; Kris Sanda; Carl S. | * | |
| Smith, M.D.; Jon V. Thomas, M.D.; | * | |
| James Langland, M.D.; Barbara | * | |
| Letourneau, M.D.; Bradley S. | * | |
| Johnson, M.D.; Rebecca Hafner, | * | |
| M.D., in their personal capacities and | * | |
| in their official capacities as members | * | |
| of the Minnesota Board of Medical | * | |
| Practice, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 22, 2009
Filed: November 5, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Roger J. Day, M.D., appeals the district court's[1] judgment dismissing his claims against Minnesota, the Minnesota Board of Medical Practice, and its members, arising out of their decision not to grant him an unrestricted medical license. Following careful review, we agree with district court that Day's discrimination and due process claims are barred by res judicata, see St. Paul Fire and Marine Ins. Co. v. Compaq Computer Corp., 539 F.3d 809, 821 (8th Cir. 2008) (law of forum that rendered first judgment controls res judicata analysis; Minnesota courts review application of res judicata de novo; setting forth res judicata criteria under Minnesota law), and we find no basis for reversal.[2] Accordingly, we affirm. See 8th Cir. R. 47B. Day's pending motion for oral argument is denied.

_____

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

[2]We decline to address the sovereign immunity issue raised in the intervenor's brief filed by the United States.

-2-